735 A.2d 1263

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Anthony CARROZZA, III, Respondent.

No. 539 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 25, 1999.

## ORDER

PER CURIAM:

AND NOW, this 25th day of August, 1999, there having been filed with this Court by Anthony Carrozza, III, his

verified Statement of Resignation dated July 22, 1999, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Anthony Carrozza, III, be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.